# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christine Bennett | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| U.S. Bank National Association, AS TRUSTEE, | : | |
| | : | |
| Movant | : | NO. 19-11414 AMC |
| | : | |
| vs. | : | |
| | : | |
| Christine Bennett | : | |
| | : | |
| Debtor(s) | : | |
| and | : | |
| | : | |
| Scott Waterman, Trustee | : | |

## PRAECIPE TO WITHDRAW OBJECTION TO CERTIFICATE OF DEFAULT FILED BY U.S. BANK NATIONAL ASSOCIATION

TO THE CLERK:

Kindly withdraw the Objection. Thank you.

s/ Sharon S. Masters, Esq.
Sharon S. Masters, Esq.
Attorney for Debtor

Dated: 5/25/2022